# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRESCOD, ET AL., | : |
|    Plaintiffs, | : |
| | : |
| | :   CIVIL ACTION NO. 08-3778 |
| v. | : |
| | : |
| BUCKS COUNTY, ET AL. | : |
|    Defendants. | : |

## ORDER

**AND NOW**, this ___ day of November, 2009, in accordance with the October 15, 2009 Order granting Defendant's Motion for Summary Judgment (Doc. 42), **IT IS HEREBY ORDERED and DECREED** that the Clerk of the Court shall mark the above-captioned case as **CLOSED** for statistical purposes.

          **BY THE COURT:**

          /s/ Petrese B. Tucker
          _____
          **Hon. Petrese B. Tucker, U.S.D.J.**